**F I L E D**
CLERK, U.S. DISTRICT COURT

04/30/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____GSA_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>ALBERTO SANDOVAL-ALVARADO,<br><br>                    Defendant. | 2:26-cr-00263-AS<br><br>I N F O R M A T I O N<br><br>[8 U.S.C. § 1325(a)(2); 18 U.S.C. § 2(a): Eluding of Inspection or Examination by Alien; Aiding and Abetting]<br><br>[CLASS B MISDEMEANOR] |

The United States of America charges:

[8 U.S.C. § 1325(a)(2); 18 U.S.C. § 2(a)]

On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendant ALBERTO SANDOVAL-ALVARADO, knowingly and intentionally aided and abetted an alien in eluding inspection and examination by immigration officers,

///
///
///
///
///
///
///
///

in violation of Title 8, United States Code, Section 1325(a)(2), a misdemeanor.

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

LAWRENCE E. KOLE
Assistant United States Attorney
Chief, Domestic Security and
Immigration Crimes Section

2